**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**BENJAMIN J. CARMAN, ESQ.**
Nevada Bar No. 12565
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **CHARLES KEENAN, Individually; TAMMY KEENAN, individually;** <br><br> Plaintiff, <br><br> v. <br><br> **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I-X, and ROE CORPORATIONS I-X, inclusive** <br><br> Defendant | 2:17-cv-01999-RFB-VCF <br><br><br><br> ***SUBMITTED IN COMPLIANCE WITH LR 26-1(e)*** |

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**
**(SECOND REQUEST)**

Pursuant to Local Rules 6-1 and 26-4, the parties, by and through their respective counsel of record, hereby stipulate to and request that the Court extend the deadlines by sixty days.

///

**A. STATEMENT SPECIFING THE DISCOVERY COMPLETED:**

The following discovery has been completed by the parties:

1. Defendant's Initial Disclosure, pursuant to FRCP 26(f);
2. Plaintiff's Initial Disclosure, pursuant to FRCP 26(f);
3. Defendant's First Supplemental Initial Disclosure, pursuant to FRCP 26(f);
4. Defendant's First Set of Request for Admissions to Plaintiff, Charles Keenan;
5. Defendant's First Set of Request for Admissions to Plaintiff, Tammy Keenan;
6. Plaintiff's Requests for Admissions to Defendant;
7. Plaintiff, Charles Keenan, Responses to Defendant's Requests for Admissions;
8. Plaintiff, Tammy Keenan, Responses to Defendant's Requests for Admissions;
9. Defendant's Responses to Plaintiff's Requests for Admissions;
10. Plaintiff's Interrogatories to Defendant;
11. Defendant's Interrogatories to Plaintiff, Charles Keenan;
12. Defendant's Interrogatories to Plaintiff, Tammy Keenan;

13. Plaintiff, Charles Keenan, Responses to Defendant's Interrogatories;

14. Plaintiff, Tammy Keenan, Responses to Defendant's Interrogatories;

15. Defendant's Responses to Plaintiff's Interrogatories;

16. Defendant's Request for Production of Documents to Plaintiff, Charles Keenan;

17. Defendant's Request for Production of Documents to Plaintiff, Tammy Keenan;

18. Plaintiff's Request for Production of Documents to Defendant;

19. Plaintiff, Charles Keenan, Responses to Defendant's Request for Production of Documents;

20. Plaintiff, Tammy Keenan, Responses to Defendant's Request for Production of Documents;

21. Defendant's Responses to Plaintiff's Request for Production of Documents;

22. Deposition of Plaintiff, Charles Keenan;

23. Deposition of Plaintiff, Tammy Keenan;

24. Disclosures of Plaintiff and Defendant's experts;

**B. A SPECIFIC DESCRIPTION OF THE DISCOVERY THAT REMAINS TO BE COMPLETED:**

1. Depositions of Dr. Rosler, Dr. Gabroy, Dr. Sorelle and Dr. Germin from Plaintiff's medical providers relevant

to treatment rendered to Plaintiff since the date of
                this accident;
    2.    The depositions of Defendants 30(b)(6) witness, Holly
          Spinks and Craig Falvo of State Farm .

**C.    THE REASONS WHY THE DISCOVERY REMAINING WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY ORDER:**

Both parties have been working diligently to move this matter forward. At this time both parties are requesting are requesting an additional sixty days to depose the remaining medical experts and State Farm employees. Both parties believe that the additional time will allow the parties to schedule the remaining depositions. Further, the parties believe that this will better position the parties for a potential settlement conference and early resolution of this dispute.

**D.    A PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY:**

|  | Old Deadline | New Deadline |
|---|---|---|
| Discovery Cut off: | 04/20/2018 | 06/20/2018 |
| Amending Pleadings & Adding Parties: | 11/21/17 | CLOSED |
| Expert Disclosure: | 2/09/2018 | CLOSED |
| Rebuttal of Experts: | 03/21/2018 | CLOSED |
| Interim Status Report: | 2/19/2018 | CLOSED |
| Dispositive Motions: | 05/21/2018 | 07/21/2018 |
| Joint Pretrial Order |  | 08/21/2018 |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

**SAID REQUEST IS NOT BEING MADE FOR PURPOSES OF UNDULY DELAYING DISCOVERY OR THE TRIAL OF THIS MATTER.**

Dated: April 16, 2018                    Dated: April 16, 2018

**RANALLI ZANIEL FOWLER & MORAN**        **GLEN LERNER INJURY ATTORNEYS**


 /s/  *BENJAMIN CARMAN*                   /s/  *JOSHUA BENSON*
GEORGE M. RANALLI, ESQ.                  JOSHUA L. BENSON, ESQ.
Nevada Bar No. 5748                      Nevada Bar No. 10514
BENJAMIN J. CARMAN, ESQ.                 4795 South Durango Drive
Nevada Bar No. 12565                     Las Vegas, NV 89147
2400 W. Horizon Ridge Parkway            Attorney for Plaintiffs,
Henderson, Nevada 89052                  Charles Keenan and
Attorneys for Defendant,                 Tammy Keenan
State Farm Mutual Automobile
Insurance Company

**ORDER**

IT IS SO ORDERED:

Dated: 4-24-2018

_____
UNITED STATES  MAGISTRATE JUDGE